## EX PARTE JOHN KIRBY.

### No. 1452. Decided October 18, 1911.

**Murder—Habeas Corpus—Complaint—Indictment.**

No order or judgment granting or refusing bail while the applicant is under arrest by complaint only has any force or effect subsequent to an indictment found; and where relator appeals from an order denying bail, and it was made to appear that he had since been indicted, the appeal must be dismissed.

Appeal from the District Court of Ellis, in vacation. Tried below before the Hon. F. L. Hawkins.

Appeal from a judgment denying bail upon a complaint charging relator with murder.

The opinion states the case.

*John H. Sharp,* for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

HARPER, JUDGE.—Complaint was filed against relator charging him with murder. He sued out a writ of habeas corpus before Hon. F. L. Hawkins, District Judge, who, after hearing the evidence, refused relator bail and remanded him to the custody of the sheriff of Ellis County. From this judgment relator gave notice of appeal to this court.

By certificates of the proper officials now on file in this court, it appears that since the relator gave notice of appeal to this court, the grand jury of Ellis County has indicted relator, charging him with the offense of murder. No order or judgment granting or refusing bail, while the applicant is under arrest by complaint only, has any force or effect subsequent to indictment found, and this cause, for this reason, is dismissed.

*Dismissed.*

Davidson, Presiding Judge, absent.